IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY J. PHILLIPS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-419-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing plaintiff Gregory Phillips' motion for vacation of his sentence pursuant to 28 U.S.C. § 2255.

_____    _____
Peter Oppeneer, Clerk of Court                                      7/29/10
                                                                         Date